NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DELL SOFTWARE INC.,**
*Appellant*

v.

**CENTRIFY CORP.,**
*Appellee*

---

14-1862
(Serial no. 95/002,115 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

ORDER

Upon consideration of the appellee's unopposed motion to extend time to file appellee's principal brief until April 23, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

February 12, 2015               /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                          Clerk of Court

cc: Michelle Armond
    Edward M. Cannon
    Joseph S. Cianfrani
    Peter H. Kang
    Ashish Nagdev
    Anna Mayergoyz Weinberg